cedidas y a pesar de haber transcurrido más de un año desde que expiró la última, no ha radicado aún en la Corte de Distrito de Ponce la exposición del caso ni ha radicado en la secretaría de este Tribunal transcripción de autos alguna, se desestima por abandono la apelación interpuesta contra la sentencia que dictó la Corte de Distrito de Ponce en octubre 6, 1938.

El Juez Asociado Sr. De Jesús no intervino.

Núm. 8214.—A. ALVAREZ & HNO., aplda. *v.* ABRÉU, aplte.— ▮▮▮ Julio 16, 1940.

POR CUANTO, celebrada la vista de la moción de desestimación con asistencia e informe de la apelada; apareciendo de los autos y certificación acompañada que el día 6 de diciembre de 1939 venció el término para radicar la transcripción de evidencia en la corte inferior sin que se haya radicado como tampoco se ha radicado el *transcript* en esta Corte ni solicitado prórroga a tal fin;

POR TANTO, se declara con lugar la moción y en su consecuencia se desestima la apelación establecida por el demandado contra sentencia dictada por la Corte de Distrito de San Juan en septiembre 8, 1939, en el caso arriba indicado.

El Juez Asociado Sr. De Jesús no intervino.

Núm. 7933.—BRUNET VDA. DE DE LA HABA, aplda. *v.* SUCN. NIN MARTÍNEZ ET ALS., apltes.— ▮▮▮▮▮▮ Julio 23, 1940.

Núm. 7973.—IPARRAGUIRRE, aplda. *v.* NIN ET ALS., dmdados. y NIN RUIZ, aplte.— ▮▮▮▮▮▮ Julio 23, 1940.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, la parte apelada solicitó la desestimación del recurso por negligencia en su tramitación y por ser frívolo; y

POR CUANTO, la parte apelante archivó finalmente la transcripción de los autos e impugnó los fundamentos que para sostener la frivolidad adujo la apelada; y

POR CUANTO, el caso ha sido puesto por la parte apelante en condiciones de resolverse y no estamos convencidos de que sea claramente frívolo;

POR TANTO, se declara no haber lugar a la desestimación solicitada y se señala la vista del recurso para el día 15 de noviembre de 1940, a las 2 p. m.

El Juez Asociado Sr. De Jesús no intervino.